WARREN ENGLAND, PROSECUTOR-APPELLANT, v. TOWN-
SHIP COMMITTEE OF MILLBURN, AND G. NOYES SLAY-
TON, RECORDER, DEFENDANTS-RESPONDENTS.

Submitted February 17, 1939—Decided April 21, 1939.

464

For the appellant, *Kristeller & Zucker.*

For the respondents, *Reynier J. Wortendyke, Jr.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, CASE, BODINE, DONGES, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, HAGUE, JJ. 12.

*For reversal*—HEHER, RAFFERTY, JJ. 2.